WINSTON & STRAWN LLP
ERIN R. RANAHAN, ESQ. (*pro hac vice* application forthcoming)
eranahan@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

CAMPBELL & WILLIAMS
PHILIP R. ERWIN, ESQ. (11563)
pre@cwlawlv.com
700 South Seventh Street
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

*Attorneys for Defendant*
*Faraday Future*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE ASTOUND GROUP, a Nevada corporation, | Case No.: 2:18-cv-00975-APG-CWH |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT [ECF No. 1]** |
| vs. | |
| FARADAY FUTURE, a California corporation, | **(First Request)** |
| Defendant. | |

Pursuant to Local Rules IA 6-1, 6-2 and LR 7-1, the undersigned counsel of record for Plaintiff The Astound Group ("Astound") and Defendant Faraday Future ("Faraday") hereby STIPULATE to extend the time for Faraday to respond to the Complaint [ECF No. 1]. Astound filed its Complaint on May 29, 2018 and Faraday accepted service of process on July 6, 2018. Accordingly, Faraday's response to the Complaint is due on July 27, 2018.

. . . . .

. . . . .

. . . . .

In order to allow Faraday's counsel sufficient time to evaluate the Complaint and respond to the same, the parties have agreed that Faraday's response shall be due on August 10, 2018.

**IT IS SO AGREED AND STIPULATED:**

DATED this 27th day of July, 2018.

DICKINSON WRIGHT

By /s/ *Taylor Anello*
JOHN L. KRIEGER, ESQ. (6023)
TAYLOR ANELLO, ESQ. (12881)
8363 W. Sunset Road, Suite 200
Las Vegas, NV 89113

*Attorneys for Plaintiff*
*The Astound Group*

DATED this 27th day of July, 2017.

CAMPBELL & WILLIAMS

By /s/ *Philip R. Erwin*
PHILIP R. ERWIN, ESQ. (11563)
700 South Seventh Street
Las Vegas, Nevada 89101

ERIN R. RANAHAN, ESQ.

*Attorneys for Defendant*
*Faraday Future*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: July 30, 2018