*The Astound Group v. Faraday Future*
CASE NO. 2:18-cv-00975-APG-CWH

FIRST AMENDED COMPLAINT

# EXHIBIT 1

*Stealth Labs Proposal*

CASE NO. 2:18-cv-00975-APG-CWH
*The Astound Group v. Faraday Future*

# ASTOUND

| | | | |
|---|---|---|---|
| address: | 6945 Speedway Boulevard, H101-103<br>Las Vegas, Nevada<br>89115, USA | quote valid until:<br>version #:<br>job #: | October 4, 2016<br>V01<br>168802 |
| phone:<br>fax: | (702) 462-9718<br>(905) 465-2910 | account director:<br>email:<br>phone:<br>mobile: | Dale Morgan<br>dale@astoundgroup.com<br>(905) 465-0474<br>+1 4164026269 |
| client:<br>address: | Faraday Future<br>18455 S Figueroa St<br>Gardena, CA<br>90248-4503, UNITED STATES | account manager:<br>email:<br>phone:<br>mobile: | Jodi Dwyer<br>jodi@astoundgroup.com<br>(905) 465-0474 x7041<br>(647) 459-5861 |
| contact:<br>email:<br>phone: | Dustin O'Neal<br>dustin.oneill@ff.com<br>+1.424.276.7616 | | |

### Stealth Lab VIP Event 2016
Faraday Future
Los Angeles, CA
November 2016

## PAVILLION PROPERTIES

| | |
|---|---:|
| Site prep/temporary foundations/platform support | $112,500 |
| Sub platform with finished flooring | $422,625 |
| Stairs, railings, ramps | $187,500 |
| Truss structure | $375,000 |
| Roof tension membrane | $225,000 |
| Interior room dividers | $150,000 |
| Exterior wall curtain cladding | $198,000 |
| Interior lighting and electrical | temporary | $187,500 |
| Exterior screen support | $112,500 |
| AV allowance | LED curtain | $412,500 |
| Furniture and interior fit-up | $135,000 |
| **SUBTOTAL | PAVILLION PROPERTIES:** | **$2,518,125** |

## ASTOUND/SITE SERVICES

| | |
|---|---:|
| Design development | $78,000 |
| Project management | $187,500 |
| CAD detailing and development | $45,000 |
| Engineering (Preliminary, Build method, Final reviews) | $75,000 |
| Permits, and local site professional services | $45,000 |
| A/V technicians | $150,000 |
| Site supervision | $75,000 |
| Transportation allowance | $112,500 |
| Installation/dismantle labor | $480,000 |
| Site office setup | $15,000 |

Building ideas. Building brands.

# ASTOUND

| | |
|---|---:|
| Temporary generator | $45,000 |
| Travel costs | $37,500 |
| Contingency | 10% | $386,363 |
| **SUBTOTAL | ASTOUND/SITE SERVICES:** | **$1,731,863** |
| **TOTAL (USD)*:** | **$4,249,988** |

*Current pricing is an estimate only. Only those properties and/or services listed above are included in the proposal. A detailed proposal breakdown will be provided once final direction is confirmed. Current sign off amount will be reconciled against forthcoming detailed proposal and scope of work.

**Building ideas.** Building brands.

# ASTOUND

TOTAL | Faraday Future- Stealth Labs (USD):  $4,249,988

**ASTOUND Group Quote Validation:**

Signature: _____

Quote Valid Until:  October 4, 2016

**Client Approval:**

Signature: _____

Name: _____

Date: _____

*Please fax the approved copy to 1 (905) 465-2910 or email a copy to your ASTOUND main contact*

*Terms & Conditions:*

1. *All prices quoted in USD dollars.*
2. *Applicable taxes are not included, and if necessary, will be included in the invoicing as dictated by local and national tax laws.*
3. *Proposal is valid until the date specified above and will need to be reassessed if expires.*
4. *Payment terms: 40% due upon signature, 25% due October 17, 25% due October 31, 10% due Pavilion opening date*
5. *A final invoice will be submitted following the close of the event with any additional costs (if required).*
6. *Interest charges of 1.5% per month will be charged on all overdue payments.*
7. *All ASTOUND Services and Site Services are estimates only and will be reconciled after the show. A final invoice with additional charges may apply.*
8. *Unless otherwise specifically stated in the proposal, graphic design services are not included and are charged at $125/hr.*
9. *Failure to adhere to client deadlines as outlined on the project timeline will result in additional charges.*
10. *Shipping and handling of exhibit properties is not included, unless specifically itemized in the proposal.*
11. *Shipping and on-site material handling of client owned equipment and materials is not included.*
12. *ASTOUND assumes responsibility for any damages to rental exhibit properties during transit and at the installation. Client is responsible for any damages to rental exhibit properties while in their possession during the event. ASTOUND reassumes responsibilities for rental exhibit properties when the dismantle begins.*
13. *Pre and post event storage is not included, and if necessary will be invoiced for separately.*
14. *Cancellation Policy: 25% of total amount quoted is due if cancellation occurs less than three months prior to show start date, 50% of total amount due if cancellation occurs less than two months prior to show start date, 95% of total amount quoted if cancellation occurs less than one month prior to show start date.*

**Building ideas. Building brands.**

# ASTOUND

Page 1 of 3
28/10/2016
PROPOSAL

| | |
|---|---|
| address: | 6945 Speedway Blvd. |
| | Las Vegas, NV |
| | 89115 |
| phone: | (905) 465-0474 |
| fax: | (905) 465-2910 |
| client: | Faraday Future |
| address: | 18455 S Figueroa St |
| | Gardena, CA |
| | 90248 |
| contact: | Dustin O'Neill |
| email: | dustin.oneill@ff.com |
| phone: | 310.283.8237 |

| | |
|---|---|
| quote valid until: | 31.10.2016 |
| version #: | 2 |
| job #: | 168802 |
| account director: | Dale Morgan |
| email: | dale@astoundgroup.com |
| phone: | 9054650474 ext.7003 |
| mobile: | 416.402.6269 |
| account manager: | Jodi Dwyer |
| email: | jodi@astoundgroup.com |
| phone: | 9054650474 ext.7041 |
| mobile: | 647.459.5861 |

**Budget Pricing Only – final costs may vary with design alterations, changes of scope or unforeseen circumstances**

| Section: | | | Totals |
|---|---|---|---|
| 1.00 | Project Management | | $115,971 |
| 2.00 | Design/Detailing | | $127,303 |
| | Design hours | | |
| | Detailing hours - production drawings | | |
| 3.00 | Warehousing | | $10,258 |
| | Pull | | |
| | Prep | | |
| | Load WHSE | | |
| | Unload, receive, and check | | |
| 4.00 | Trucking | | $20,779 |
| | Trailers, LV to LA - one way | | |
| | Trailers, LA to LV - one way | | |
| 5.00 | Installation | | $286,861 |
| | Friday, November 4 - Saturday, November 12 | | |
| 6.00 | Dismantle Allowance | | $264,161 |
| | Dates TBD | | |
| 7.00 | Travel Expenses | | $73,609 |
| | *site checks & installation | | |
| | Travel hours | | |
| | Per diems | | |
| | Airfare | | |
| | Hotels | | |
| | Transportation | | |
| 8.00 | Stage Deck | | $94,120 |
| | L-shaped | | |
| | (3) Sets of stairs with backlit risers | | |
| | Laminate finish | front fascia | | |
| | Clear acrylic railing | | |
| 9.00 | Wall Panels | | $95,975 |
| | 12' high | | |
| | Black laminate finish | | |
| 10.00 | Finished Flooring | | $30,524 |
| | Commercial grade white gloss vinyl flooring | | |
| | Floor prep, moulding | | |
| | Installation | | |
| 11.00 | Ceiling, Site Work | | $168,636 |
| | Painting existing ceiling | | |
| | Gloss white laminate details and soffits | | |
| | Backlit soffits and ceiling shapes | | |
| 12.00 | Graphics | | $25,605 |
| | 3D backlit logo | | |
| | Blackout vinyl for windows and entry doors | | |
| 13.00 | VR Pedestals | | $14,082 |
| | (8) Glossy white laminate | | |
| | Back lit acrylic tops | | |
| 14.00 | Tech/AR | | $548,790 |
| | Manually operated track system | | |
| | Digital viewer | | |
| | Tech integration | | |
| 15.00 | Furniture | | n/a |
| | *furniture not included. To be reflected in change orders. | | |
| | Configurator Area | | $136,930 |
| | (4) Gloss white kiosks | | |
| | Acrylic with projection film | | |

# ASTOUND

Page 2 of 3
28/10/2016
PROPOSAL

| | | | |
|---|---|---|---:|
| | | Surface Pro integration | |
| 16.00 | | **AV & Lighting** | $135,706 |
| | | 9 Panel video wall | |
| | | 47" video wall panel | |
| | | Installation | |
| | | House lighting package | |
| 17.00 | | **Column Surround** | $2,506 |
| | | 12' high | |
| | | Gloss white laminate | |
| 18.00 | | **Reception Pedestals** | $2,724 |
| | | (2) Glossy white laminate | |
| 19.00 | | **Stealth Lab - Original Scope Spend to Date** | $227,108 |
| | | Engineering services | |
| | | Design development & detailing | |
| | | Project management | |
| | | Underground survey | |
| | | Permit expediting | |

Total: $2,381,648

\* Please consider the above pricing as an ESTIMATE only. Changes in scope and/or any unforeseen circumstances will be managed via Change Orders in addition to this proposal, if required.

# ASTOUND

Page 3 of 3
28/10/2016
PROPOSAL

Total I Stealth Lab 2016 (USD):  $2,381,648

**ASTOUND Group Quote Validation:**

Signature: _____

Quote Valid Until:  Monday, October 31, 2016

**Client Approval:**

Signature: _____

Name: _____

Date: _____

*Please fax the approved copy to 1 (905) 465-2910 or email a copy to your ASTOUND main contact*

**Terms & Conditions:**

1. All prices quoted in USD dollars.
2. Applicable taxes are not included, and if necessary, will be included in the invoicing as dictated by local and national tax laws.
3. Proposal is valid until the date specified above and will need to be reassessed if expires.
4. Payment terms: 75% due October 31 upon signature, 15% due upon shipping, 10% due upon project completion
5. A final invoice will be submitted following the close of the event with any additional costs (if required).
6. Interest charges of 1.5% per month will be charged on all overdue payments.
7. All ASTOUND Services and Site Services are estimates only and will be reconciled after the show. A final invoice with additional charges may apply.
8. Unless otherwise specifically stated in the proposal, graphic design services are not included and are charged at $125/hr.
9. Failure to adhere to client deadlines as outlined on the project timeline will result in additional charges.
10. Shipping and handling of exhibit properties is not included, unless specifically itemized in the proposal.
11. Shipping and on-site material handling of client owned equipment and materials is not included.
12. ASTOUND assumes responsibility for any damages to rental exhibit properties during transit and at the installation. Client is responsible for any damages to rental exhibit properties while in their possession during the event. ASTOUND reassumes responsibilities for rental exhibit properties when the dismantle begins.
13. Pre and post event storage is not included, and if necessary will be invoiced for separately.
14. Cancellation Policy: 25% of total amount quoted is due if cancellation occurs less than three months prior to show start date, 50% of total amount due if cancellation occurs less than two months prior to show start date, 95% of total amount quoted if cancellation occurs less than one month prior to show start date.

# ASTOUND

Page 1 of 2
03/11/2016
PROPOSAL

| | |
|---|---|
| address: | 6945 Speedway Blvd. |
| | Las Vegas, NV |
| | 89115 |
| phone: | (905) 465-0474 |
| fax: | (905) 465-2910 |
| client: | Faraday Future |
| address: | 18455 S Figueroa St |
| | Gardena, CA |
| | 90248 |
| contact: | Dustin O'Neill |
| email: | dustin.oneill@ff.com |
| phone: | 310.283.8237 |

| | |
|---|---|
| quote valid until: | 03.11.2016 |
| version #: | 3 |
| job #: | 168802 |
| account director: | Dale Morgan |
| email: | dale@astoundgroup.com |
| phone: | 9054650474 ext.7003 |
| mobile: | 416.402.6269 |
| account manager: | Jodi Dwyer |
| email: | jodi@astoundgroup.com |
| phone: | 9054650474 ext.7041 |
| mobile: | 647.459.5861 |

| Section: | | Totals |
|---|---|---|
| 1.00 | **Stealth Lab - Spend to Date** | **$776,014** |
| | Project management | |
| | Design development & detailing | |
| | Engineering services | |
| | Travel expenses | site checks, in person meetings | |
| | AR development | |
| | Underground survey | |
| | Permit expediting | |
| | Material purchases | |

Total: **$776,014**

# ASTOUND

Page 2 of 2
03/11/2016
PROPOSAL

Total I Stealth Lab 2016 (USD):  $776,014

**ASTOUND Group Quote Validation:**

Signature: _____

Quote Valid Until:  **Thursday, November 3, 2016**

**Client Approval:**

Signature: _____

Name: _____

Date: _____

*Please fax the approved copy to 1 (905) 465-2910 or email a copy to your ASTOUND main contact*

**Terms & Conditions:**

1. All prices quoted in USD dollars.
2. Applicable taxes are not included, and if necessary, will be included in the invoicing as dictated by local and national tax laws.
3. Proposal is valid until the date specified above and will need to be reassessed if expires.
4. Payment terms: 100% due November 4, 2016
5. A final invoice will be submitted following the close of the event with any additional costs (if required).
6. Interest charges of 1.5% per month will be charged on all overdue payments.
7. All ASTOUND Services and Site Services are estimates only and will be reconciled after the show. A final invoice with additional charges may apply.
8. Unless otherwise specifically stated in the proposal, graphic design services are not included and are charged at $125/hr.
9. Failure to adhere to client deadlines as outlined on the project timeline will result in additional charges.
10. Shipping and handling of exhibit properties is not included, unless specifically itemized in the proposal.
11. Shipping and on-site material handling of client owned equipment and materials is not included.
12. ASTOUND assumes responsibility for any damages to rental exhibit properties during transit and at the installation. Client is responsible for any damages to rental exhibit properties while in their possession during the event. ASTOUND reassumes responsibilities for rental exhibit properties when the dismantle begins.
13. Pre and post event storage is not included, and if necessary will be invoiced for separately.
14. Cancellation Policy: 25% of total amount quoted is due if cancellation occurs less than three months prior to show start date. 50% of total amount due if cancellation occurs less than two months prior to show start date. 95% of total amount quoted if cancellation occurs less than one month prior to show start date.