*The Astound Group v. Faraday Future*
CASE NO. 2:18-cv-00975-APG-CWH

FIRST AMENDED COMPLAINT

# EXHIBIT 2

*Stealth Labs Invoice No. 2016846*

CASE NO. 2:18-cv-00975-APG-CWH
*The Astound Group v. Faraday Future*

# Invoice

Astound Group
6945 Speedway Blvd Suite H101-103
Las Vegas, NV 89115

| Date | Invoice # |
|---|---|
| 11/3/2016 | 2016846 |

**Invoice To**

Faraday Future
18455 S Figueroa St
Gardena, CA 90248-4503
United States

| P.O. Number | Terms | Due Date | Project/Job | Event Date | Rep | AM |
|---|---|---|---|---|---|---|
|  | Due upon receipt | 11/3/2016 | Stealth Lab \| 168802 | 11/3/2016 | DM | JD |

| Description | Amount |
|---|---|
| Stealth Lab | |
| Las Vegas | |
|  | |
| Project Management | 48,000.00 |
| Design development & detailing | 66,150.00 |
| Engineering services | 34,569.00 |
| Travel expenses \| site checks, in person meeting | 57,615.00 |
| AR development | 445,890.00 |
| Underground survey | 13,729.00 |
| Permit expediting | 24,603.00 |
| Material purchases | 135,829.00T |
|  | |
| 6% Discount -$49,583 can be offered if payment received by November 4, 2016 | |
|  | |
| Payment can be made by check to: | |
| Astound Group | |
| Add: 6945 Speedway Boulevard, Suite H101-103, Las Vegas, Nevada, 89115 | |
|  | |
| Or Wire Transfer to: | |
| JPMorgan Chase Bank, 520 North Nellis Blvd, Las Vegas, NV 89110   Tel: 702 531 2261 | |
| Account #: 159356770 | |
| Swift Code: CHASUS33 | |
| Routing: 322271627 | |
| Please email us the details of wire transfer. | |
|  | |
| Interest @ 1.5% per month charged on all overdue payments | |

We appreciate your prompt payment.

**Sales Tax (8.15%)** USD 11,070.06

**Total** USD 837,455.06