*The Astound Group v. Faraday Future*
CASE NO. 2:18-cv-00975-APG-CWH

FIRST AMENDED COMPLAINT

# EXHIBIT 3

*CES 2017 Launch Proposals*

CASE NO. 2:18-cv-00975-APG-CWH
*The Astound Group v. Faraday Future*

# ASTOUND

Page 1 of 2
21/12/2016
PROPOSAL

| | | | |
|---|---|---|---|
| address: | 6945 Speedway Boulevard, H101-103<br>Las Vegas, Nevada<br>89115, USA | quote valid until:<br>version #:<br>job #: | December 16, 2016<br>1.0<br>1610577 |
| phone: | (702) 462-9718 | | |
| fax: | (905) 465-2910 | account director:<br>email: | Dale Morgan<br>dale@astoundgroup.com |
| client: | Faraday Future | phone: | (905) 465-0474 |
| address: | 18455 S Figueroa St<br>Gardena, CA<br>90248-4503, UNITED STATES | mobile:<br>account manager:<br>email: | +1 4164026269<br>Jodi Dwyer<br>jodi@astoundgroup.com |
| contact: | Dustin O'Neill | phone: | (905) 465-0474 x7041 |
| email: | dustin.oneill@ff.com | mobile: | (647) 459-5861 |
| phone: | +1.424.276.7616 | | |

Faraday Future/Reveal Event 2017
World Market Center - Pavillion 1
Las Vegas, NV
03-Jan-17

**ASTOUND SERVICES**

Project Management

SUBTOTAL | ASTOUND SERVICES:  $20,000

**ESTIMATED SITE SERVICES**

Lighting Rental Package
Provide rental lighting package as per Lighting Designer's specification as of 12.16.16
Provide rental lighting fixtures, cable, power distribution, board, dimmers, cable and misc. consumables
Provide rental truss, motors, rigging packages, control and power distribution
Provide purchased gel package as per LD specification
Provide 1 rental generator
Provide R/T Trucking

Telepromter Rentals - 2 day rental
Provide 2 telepromter setups for lecterns
Provide 2 telepromter for steady cam

SUBTOTAL | ESTIMATED SITE SERVICES***:  $165,420

TOTAL (USD):  $185,420

*** Site Services are estimates only and can not be exact until post show, additional charges may apply. Only those services listed above are included in the proposal. Any additional services are not included and will be billed additionally if required. Marshaling Yard Waiting time of 1 hour on the inbound / 1 hour on the outbound is included in the proposal. Additional Marshaling Yard waiting time above this will be billed on the final invoice.

Building ideas. Building brands.

# ASTOUND

Page 2 of 2
21/12/2016
PROPOSAL

TOTAL | Faraday Future – Launch Event 2017 (USD): $185,420

**ASTOUND Group Quote Validation:**

Signature: _____

Quote Valid Until: December 21, 2016

**Client Approval:**

Signature: _____

Name: _____

Date: _____

Please fax the approved copy to 1 (905) 465-2910 or email a copy to your ASTOUND main contact

**Terms & Conditions:**

1. All prices quoted in USD dollars.
2. Applicable taxes are not included, and if necessary, will be included in the invoicing as dictated by local and national tax laws.
3. Proposal is valid until the date specified above and will need to be reassessed if expires.
4. Payment terms: 80% upon quote approval, 20% due December 30, 2016
5. A final invoice will be submitted following the close of the event with any additional costs (if required).
6. Interest charges of 1.5% per month will be charged on all overdue payments.
7. All ASTOUND Services and Site Services are estimates only and will be reconciled after the show. A final invoice with additional charges may apply.
8. Unless otherwise specifically stated in the proposal, graphic design services are not included and are charged at $125/hr.
9. Failure to adhere to client deadlines as outlined on the project timeline will result in additional charges.
10. Shipping and handling of exhibit properties is not included, unless specifically itemized in the proposal.
11. Shipping and on-site material handling of client owned equipment and materials is not included.
12. ASTOUND assumes responsibility for any damages to rental exhibit properties during transit and at the installation. Client is responsible for any damages to rental exhibit properties while in their possession during the event. ASTOUND reassumes responsibilities for rental exhibit properties when the dismantle begins.
13. Pre and post event storage is not included, and if necessary will be invoiced for separately.
14. Marshaling Yard waiting time above 1 hour on the inbound / 1 hour on the outbound is included in the proposal. Additional Marshaling Yard waiting time above this will be billed on the final invoice.
15. Cancellation Policy: 25% of total amount quoted is due if cancellation occurs less than three months prior to show start date, 50% of total amount due if cancellation occurs less than two months prior to show start date, 95% of total amount quoted if cancellation occurs less than one month prior to show start date.

Building ideas. Building brands.

# ASTOUND

Page 1 of 2
21/12/2016
PROPOSAL

| | | | |
|---|---|---|---|
| address: | 6945 Speedway Boulevard, H101-103<br>Las Vegas, Nevada<br>89115, USA | quote valid until:<br>version #:<br>job #: | December 21, 2016<br>1.0<br>1610577 |
| phone:<br>fax: | (702) 462-9718<br>(905) 465-2910 | account director:<br>email:<br>phone:<br>mobile: | Dale Morgan<br>dale@astoundgroup.com<br>(905) 465-0474<br>+1 4164026269 |
| client:<br>address: | Faraday Future<br>18455 S Figueroa St<br>Gardena, CA<br>90248-4503, UNITED STATES | account manager:<br>email:<br>phone:<br>mobile: | Jodi Dwyer<br>jodi@astoundgroup.com<br>(905) 465-0474 x7041<br>(647) 459-5861 |
| contact:<br>email:<br>phone: | Dustin O'Neill<br>dustin.oneill@ff.com<br>+1.424.276.7616 | | |

Faraday Future/Reveal Event 2017
World Market Center - Pavillion 1
Las Vegas, NV
03-Jan-17

**ASTOUND SERVICES**

Project Management

SUBTOTAL | ASTOUND SERVICES: $34,436

**ESTIMATED SITE SERVICES**

| | |
|---|---|
| Electrical Labor Estimate | $98,475 |
| Rigging Labor | $57,000 |
| Script Super, Telepromter & Stage Managers | $42,188 |
| Lighting Designer & Programmer | $43,810 |

SUBTOTAL | ESTIMATED SITE SERVICES***: $241,472

**TOTAL (USD): $275,908**

*** Site Services are estimates only and can not be exact until post show, additional charges may apply. Only those services listed above are included in the proposal. Any additional services are not included and will be billed additionally if required. Marshaling Yard Waiting time of 1 hour on the inbound / 1 hour on the outbound is included in the proposal. Additional Marshaling Yard waiting time above this will be billed on the final invoice.

Building ideas. Building brands.

# ASTOUND

TOTAL | Faraday Future - Launch Event 2017 (USD):  $275,908

**ASTOUND Group Quote Validation:**

Signature: _____

Quote Valid Until:  December 21, 2016

**Client Approval:**

Signature: _____

Name: _____

Date: _____

Please fax the approved copy to 1 (905) 465-2910 or email a copy to your ASTOUND main contact

*Terms & Conditions:*

1. All prices quoted in USD dollars.
2. Applicable taxes are not included, and if necessary, will be included in the invoicing as dictated by local and national tax laws.
3. Proposal is valid until the date specified above and will need to be reassessed if expires.
4. Payment terms: 80% upon quote approval, 20% due December 30, 2016
5. A final invoice will be submitted following the close of the event with any additional costs (if required).
6. Interest charges of 1.5% per month will be charged on all overdue payments.
7. All ASTOUND Services and Site Services are estimates only and will be reconciled after the show. A final invoice with additional charges may apply.
8. Unless otherwise specifically stated in the proposal, graphic design services are not included and are charged at $125/hr.
9. Failure to adhere to client deadlines as outlined on the project timeline will result in additional charges.
10. Shipping and handling of exhibit properties is not included, unless specifically itemized in the proposal.
11. Shipping and on-site material handling of client owned equipment and materials is not included.
12. ASTOUND assumes responsibility for any damages to rental exhibit properties during transit and at the installation. Client is responsible for any damages to rental exhibit properties while in their possession during the event. ASTOUND reassumes responsibilities for rental exhibit properties when the dismantle begins.
13. Pre and post event storage is not included, and if necessary will be invoiced for separately.
14. Marshaling Yard waiting time above 1 hour on the inbound / 1 hour on the outbound is included in the proposal. Additional Marshaling Yard waiting time above this will be billed on the final invoice.
15. Cancellation Policy: 25% of total amount quoted is due if cancellation occurs less than three months prior to show start date, 50% of total amount due if cancellation occurs less than two months prior to show start date, 95% of total amount quoted if cancellation occurs less than one month prior to show start date.

Building ideas. Building brands.