*The Astound Group v. Faraday Future*
CASE NO. 2:18-cv-00975-APG-CWH

FIRST AMENDED COMPLAINT

# EXHIBIT 4

*CES 2017 Launch Invoice No. 2017198*

CASE NO. 2:18-cv-00975-APG-CWH

*The Astound Group v. Faraday Future*

# Invoice

**Astound Group**
6945 Speedway Blvd Suite H101-103
Las Vegas, NV 89115

| Date | Invoice # |
|---|---|
| 2/2/2017 | 2017198 |

| Invoice To |
|---|
| Faraday Future<br>18455 S Figueroa St<br>Gardena, CA 90248-4503<br>United States |

| P.O. Number | Terms | Due Date | Project/Job | Event Date | Rep |
|---|---|---|---|---|---|
| 4300003336 | Due upon receipt | 2/2/2017 | Reveal Event 2017 | 1/3/2017 | DM |

| Description | Amount |
|---|---|
| Reveal Event 2017<br>World Market Center - Pavilion 1<br>Las Vegas, NV<br>January 3rd, 2017<br><br>Change Order#05<br>Additional Items and Services: | |
| Lighting and Rigging Equipment | 78,000.00 |
| Lighting and Rigging Equipment Labor | 20,750.00 |
| Video and Audio (including labor) | 94,380.00 |
| Rigging Labor | 11,340.00 |
| Drape | 7,124.00 |
| Drape Labor | 6,480.00 |
| Furniture | 33,709.00 |
| Additional Paint | 6,600.00 |
| Concrete Barrier | 7,800.00 |
| Additional Heavy Equipment Rental | 18,000.00 |
| Additional Onsite Labor | 14,400.00 |
| Additional Crew Travel Costs | 5,041.00 |
| Generator Gas Overage | 18,750.00 |

We appreciate your prompt payment.

**Sales Tax (8.15%)**

**Total**

Page 1

# Invoice

**Astound Group**
6945 Speedway Blvd Suite H101-103
Las Vegas, NV 89115

| Date | Invoice # |
|---|---|
| 2/2/2017 | 2017198 |

| Invoice To |
|---|
| Faraday Future
18455 S Figueroa St
Gardena, CA 90248-4503
United States |

| P.O. Number | Terms | Due Date | Project/Job | Event Date | Rep |
|---|---|---|---|---|---|
| 4300003336 | Due upon receipt | 2/2/2017 | Reveal Event 2017 | 1/3/2017 | DM |

| Description | Amount |
|---|---|
| Payment can be made by check to:
Astound Group
Add: 6945 Speedway Boulevard, Suite H101-103, Las Vegas, Nevada, 89115

Or Wire Transfer to:
JPMorgan Chase Bank, 520 North Nellis Blvd, Las Vegas, NV 89110   Tel: 702 531 2261
Account #: 159356770
Swift Code: CHASUS33
Routing: 322271627
Please email us the details of wire transfer.

Interest @ 1.5% per month charged on all overdue payments | |

We appreciate your prompt payment.

**Sales Tax (8.15%)**   USD 0.00

**Total**   USD 322,374.00

# ASTOUND

Page 1 of 1
EXTERNAL CHANGE ORDER

| | | | |
|---|---|---|---|
| address: | 6945 Speedway Boulevard, H101-103<br>Las Vegas, Nevada<br>89115, USA | change order #:<br>job #: | 5<br>1610577 |
| phone: | (702) 462-9718 | account director: | Dale Morgan |
| fax: | (905) 465-2910 | email:<br>phone: | dale@astoundgroup.com<br>(905) 465-0474 |
| client: | Faraday Future | mobile: | +1 4164026269 |
| address: | 18455 S Figueroa St<br>Gardena, CA<br>90248-4503, UNITED STATES | account manager:<br>email:<br>phone: | Jodi Dwyer<br>jodi@astoundgroup.com<br>(905) 465-0474 x7041 |
| contact: | Dustin O'Neill | mobile: | (647) 459-5861 |
| email: | dustin.oneill@ff.com | | |
| phone: | +1.424.276.7616 | | |

**Reveal Event 2017**
World Market
Las Vegas, NV
03-Jan-17

| ADDITIONAL ITEMS | SUBTOTAL |
|---|---|
| Lighting and Rigging Equipment | $78,000 |
| Lighting and Rigging Equipment Labor | $20,750 |
| Video and Audio (including labor) | $94,380 |
| Rigging Labor | $11,340 |
| Drape | $7,124 |
| Drape Labor | $6,480 |
| Furniture | $33,709 |
| Additional Paint | $6,600 |
| Concrete Barrier | $7,800 |
| Additional Heavy Equipment Rental | $18,000 |
| Additional Onsite Labor | $14,400 |
| Additional Crew Travel Costs | $5,040 |
| Generator Gas Overage | $18,750 |
| **TOTAL (USD)*:** | **$322,374** |

Payment Terms: 100% payment due upon approval

* Subject to additional costs that may include rush charges, project management, additional service charges

Client Approval: _____   Date: _____

Print Name: _____

**Building ideas. Building brands.**