*The Astound Group v. Faraday Future*
CASE NO. 2:18-cv-00975-APG-CWH

FIRST AMENDED COMPLAINT

# EXHIBIT 5

*January 2017 Email Correspondence*

CASE NO. 2:18-cv-00975-APG-CWH
*The Astound Group v. Faraday Future*

Thursday, August 17, 2017 at 9:15:08 AM Pacific Daylight Time

**Subject:** Re: ASTOUND Invoices - Reveal Event Change Orders For Processing
**Date:** Thursday, January 5, 2017 at 1:22:25 PM Pacific Standard Time
**From:** Chaoying Deng
**To:** Teja Annadatha, Kent Dose
**CC:** Dustin O'Neill, Jason Wallace, Tin Mok(莫翠天)
**Attachments:** image001.png, image002.png

Approved.

---

**From:** Teja Annadatha
**Date:** Wednesday, January 4, 2017 at 10:42 PM
**To:** Chaoying Deng, Kent Dose
**Cc:** Dustin O'Neill, Jason Wallace, "Tin Mok(莫翠天)"
**Subject:** FW: ASTOUND Invoices - Reveal Event Change Orders For Processing

+Chaoying +Kent

FYI – more invoices from Astound for work done that was apparently requested by YT

**$343,637.49**

**Arunteja (Teja) Annadatha**
Purchasing Specialist | Supply Chain
Faraday Future
e  Teja.Annadatha@ff.com
c  +1 424-295-2475
a  18455 S Figueroa St, Gardena, CA 90248
w  www.ff.com


**From:** Dustin O'Neill
**Sent:** Wednesday, January 4, 2017 4:42 PM
**To:** Teja Annadatha <Teja.Annadatha@ff.com>; Jason Wallace <Jason.Wallace@ff.com>
**Subject:** Re: ASTOUND Invoices - Reveal Event Change Orders For Processing

These are change orders from YT asks that were approved onsite...

Astound also has yet to receive 2nd payment which I know we have on record as having paid...is there any tracking info I can get them ?

Get Outlook for iOS



On Wed, Jan 4, 2017 at 4:07 PM -0800, "Teja Annadatha" <Teja.Annadatha@ff.com> wrote:

> PO 3336 only had a remaining PMT of $189,776. Are these for the PO's that were made during the break? Did you provide those PO's to astound? Or are these last second change orders that you're telling us about now?

Arunteja (Teja) Annadatha
Purchasing Specialist | Supply Chain
Faraday Future
e  Teja.Annadatha@ff.com
c  +1 424-295-2475
a  18455 S Figueroa St, Gardena, CA 90248
w  www.ff.com


**From:** Dustin O'Neill
**Sent:** Wednesday, January 4, 2017 1:24 PM
**To:** Teja Annadatha <Teja.Annadatha@ff.com>
**Subject:** Fwd: ASTOUND Invoices - Reveal Event Change Orders For Processing


Get Outlook for iOS


---------- Forwarded message ----------
From: "**Jodi Dwyer**" <jodi@astoundgroup.com>
Date: Wed, Jan 4, 2017 at 1:19 PM -0800
Subject: ASTOUND Invoices - Reveal Event Change Orders For Processing
To: "Jason Wallace" <Jason.Wallace@ff.com>, "Dustin O'Neill" <Dustin.ONeill@ff.com>
Cc: "Dale Morgan" <dale@astoundgroup.com>


Hi Dustin and Jason,

Huge congrats on the reveal last night! It was incredible to witness the excitement building throughout the reveal and hear all of the positive feedback.

I have attached all of the invoices for the change orders that were approved on Monday night. All of these costs were out of pocket immediate expenses for ASTOUND and we need to recoup these this week. We ask that all payment be processed and received by this Friday. Please let me know if there's anything else we can do to help you push these through for payment.

I will also be sending over shortly the quote for keeping the majority of equipment for the Ride and Drive. If the quote is not approved we will continue with the strike this evening.

Thanks,
Jodi

**Jodi Dwyer**
**DIRECTOR, ACCOUNT MANAGEMENT**

# ASTOUND

jodi@astoundgroup.com
647 459 5861 mobile ca
www.astoundgroup.com

 
 

Confidentiality Notice: This email message and its attachments are the property of ASTOUND Group and are intended solely for the use of the intended recipient(s), are confidential, and may be legally privileged. If you are not an intended recipient, then any use, copying or distribution of this message or its attachments is strictly prohibited. If you received this message in error, please notify the sender and delete this message and any attachments entirely from your system immediately.