*The Astound Group v. Faraday Future*
CASE NO. 2:18-cv-00975-APG-CWH

FIRST AMENDED COMPLAINT

# EXHIBIT 6

*CES 2017 Booth Proposal*

CASE NO. 2:18-cv-00975-APG-CWH
*The Astound Group v. Faraday Future*

# ASTOUND

Page 1 of 2
07/11/2016
PROPOSAL

| | |
|---|---|
| address: | 6945 Speedway Blvd.<br>Las Vegas, NV<br>89115 |
| phone: | (905) 465-0474 |
| fax: | (905) 465-2910 |
| client: | Faraday Future |
| address: | 18455 S Figueroa St<br>Gardena, CA<br>90248 |
| contact: | Dustin O'Neill |
| email: | dustin.oneill@ff.com |
| phone: | 310.283.8237 |

| | |
|---|---|
| quote valid until: | 07.11.2016 |
| version #: | 4 (further value engineered) |
| job #: | 168458 |
| account director: | Dale Morgan |
| email: | dale@astoundgroup.com |
| phone: | 9054650474 ext.7003 |
| mobile: | 416.402.6269 |
| account manager: | Bobbi Jo Panetta |
| email: | bobbi@astoundgroup.com |
| phone: | 9054650474 ext.7009 |
| mobile: | 416.993.2004 |

CES 2017
Jan. 5 - 8, 2017
Las Vegas, NV - LVCC

| Section: | | | Totals |
|---|---|---|---|
| 1.00 | Project Management / Design - Detailing | | $76,500 |
| | Project Management Hours | | |
| | Design and Detailing Hours | | |
| | Production Elements Samples | | |
| 2.00 | Structure Rental | | $394,616 |
| | Double Deck 9modified rental deck) | | |
| | Stairs | | |
| | Platforms / Turntable | | |
| | Ramps | | |
| | Interior Rooms | | |
| 3.00 | Exterior Perf Skin Rental | | $238,553 |
| | Perf Pattern shell skin for back and sides of deck structure | | |
| 4.00 | Preview Rooms Rental | | $114,308 |
| | (2) Showrooms | | |
| | Soffit Style Lighting | | |
| | Clear Windows and Doors | | |
| 5.00 | Flooring Rental | | $44,950 |
| | All flooring based on vinyl product or carpet | | |
| | Raised Flooring Surface | | |
| 6.00 | Audio Visual Rental* | | $1,107,550 |
| | LED Curtain (behind perf skin - 10'h) | | |
| | LED Flooring Feature | | |
| 7.00 | Ceiling | | $297,068 |
| | White Fabric Structure | | |
| | Truss System | | |
| | Color Changing Lighting | | |
| | Static Position (no animation) | | |
| 8.00 | Warehousing | | $65,250 |
| | Pull | | |
| | Prep | | |
| | Test Fit and Adjustments | | |
| | Load | | |
| | Unload, receive and check | | |
| 9.00 | Crating and Pallets | | $21,400 |
| | Packing for loading | | |
| 10.00 | Services | | $280,311 |
| | Material Handling (ASTOUND Properties only, client properties will attract material handling fees to be invoiced on the final invoice) ($68,631) | | |
| | Electrical / Electrical Labor ($108,000) | | |
| | Booth Cleaning (N/C - included by show) | | |
| | Rigging ($90,000) | | |
| | R/T Transportation to and from LVCC ($14,415) | | |
| 11.00 | Installation & Dismantle | | $228,266 |
| | Full Installation and Dismantle Services ($211,478) | | |
| | Includes on site ASTOUND Supervision ($16,788) | | |
| | | Total: | $2,868,772 |

# ASTOUND

Page 2 of 2
07/11/2016
PROPOSAL

|  |  |
|---|---|
| Total I CES 2017 (USD): | $2,868,772 |
| 5% Discount, excluding services (if signed by 11/7/2016): | $118,010 |
| Total I CES 2017 (USD): | $2,750,762 |

**ASTOUND Group Quote Validation:**

Signature: _____

Quote Valid Until: __Monday, November 7, 2016__

**Client Approval:**

Signature: _____

Name: _____

Date: _____

*Please fax the approved copy to 1 (905) 465-2910 or email a copy to your ASTOUND main contact*

**Terms & Conditions:**

1. All prices quoted in USD dollars
2. Applicable taxes are not included, and if necessary, will be included in the invoicing as dictated by local and national tax laws
3. Proposal is valid until the date specified above and will need to be reassessed if expires
4. Payment terms. 30% upon quote approval. 30% progress payment due November 15, 2016. 30% progress payment due December 12, 2016. 10% balance payment due Net 30 days from Jan 5, 2017.
5. A final invoice will be submitted following the close of the event with any additional costs (if required)
6. Interest charges of 1.5% per month will be charged on all overdue payments
7. All ASTOUND Services and Site Services are estimates only and will be reconciled after the show. A final invoice with additional charges may apply
8. Unless otherwise specifically stated in the proposal, graphic design services are not included and are charged at $125/hr
9. Failure to adhere to client deadlines as outlined on the project timeline will result in additional charges.
10. Shipping and handling of exhibit properties is not included, unless specifically itemized in the proposal.
11. Shipping and on-site material handling of client owned equipment and materials is not included
12. ASTOUND assumes responsibility for any damages to rental exhibit properties during transit and at the installation. Client is responsible for any damages to rental exhibit properties while in their possession during the event. ASTOUND reassumes responsibilities for rental exhibit properties when the dismantle begins
13. Pre and post event storage is not included, and if necessary will be invoiced for separately
14. Cancellation Policy. 25% of total amount quoted is due if cancellation occurs less than three months prior to show start date. 50% of total amount due if cancellation occurs less than two months prior to show start date. 95% of total amount quoted if cancellation occurs less than one month prior to show start date