*The Astound Group v. Faraday Future*
CASE NO. 2:18-cv-00975-APG-CWH

FIRST AMENDED COMPLAINT

# EXHIBIT 7

*CES 2017 Booth Invoice No. 2016923*

CASE NO. 2:18-cv-00975-APG-CWH
*The Astound Group v. Faraday Future*

# Invoice

Astound Group
6945 Speedway Blvd Suite H101-103
Las Vegas, NV 89115

| Date | Invoice # |
|------|-----------|
| 11/10/2016 | 2016923 |

| Invoice To |
|------------|
| Faraday Future<br>18455 S Figueroa St<br>Gardena, CA 90248-4503<br>United States |

| P.O. Number | Terms | Due Date | Project/Job | Event Date | Rep | AM |
|-------------|-------|----------|-------------|------------|-----|-----|
| | By deadline | 11/10/2016 | CES 2017 \| 168458 | 1/5/2017 | DM | BP |

| Description | Amount |
|-------------|--------|
| CES 2017<br>Las Vegas<br>January 05- 08, 2017<br><br>Design Collaboration and Development<br>- meetings and calls to develop the finalized CES 2017 Booth Design and Meeting Room Design<br>- includes all travel expenses for in person meetings for required staff<br><br>Research and Development<br>- research of materials and products as specified per the design<br>- research of building specifications and meetings with CES GC to determine lighting / rigging plans<br><br>Detailing<br>- creation of detailed production drawings<br>- collaboration and revisions based on Faraday's design team<br><br>Account Management<br>- proposal preparation and account development<br>- includes all travel expenses for in person meetings as required<br><br>Project Management<br>- internal management of ASTOUND's production and pre production crews<br>- external management of ASTOUND's production partners (Lighting Director, D3 Programmer and A/V Partner)<br><br>A/V and Production Demo (November 3, 2016)<br>- equipment rental and labor required to set live LED screen and floor demo at ASTOUND LV facility<br>- materials and production labor required to showcase perf skin and LED feature<br>- includes all travel expenses for 3rd party partners | 56,880.20 |

| We appreciate your prompt payment. | Sales Tax  (9.0%) |
|---|---|
| | **Total** |

# Invoice

Astound Group
6945 Speedway Blvd Suite H101-103
Las Vegas, NV 89115

| Date | Invoice # |
|------|-----------|
| 11/10/2016 | 2016923 |

| Invoice To |
|------------|
| Faraday Future
18455 S Figueroa St
Gardena, CA 90248-4503
United States |

| P.O. Number | Terms | Due Date | Project/Job | Event Date | Rep | AM |
|-------------|-------|----------|-------------|------------|-----|-----|
| | By deadline | 11/10/2016 | CES 2017 \| 168458 | 1/5/2017 | DM | BP |

| Description | Amount |
|-------------|--------|
| Payment can be made by check to:
Astound Group
Add: 6945 Speedway Boulevard, Suite H101-103, Las Vegas, Nevada, 89115

Or Wire Transfer to:
JPMorgan Chase Bank, 520 North Nellis Blvd, Las Vegas, NV 89110   Tel: 702 531 2261
Account #: 159356770
Swift Code: CHASUS33
Routing: 322271627
Please email us the details of wire transfer.

Interest @ 1.5% per month charged on all overdue payments | |

| We appreciate your prompt payment. | Sales Tax  (9.0%) | USD 0.00 |
|---|---|---|
| | **Total** | USD 56,880.20 |